THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK REGER, Appellant.

Argued January 18, 1943; decided March 4, 1943.

*Nathaniel Phillips* and *B. Hoffman Miller* for appellant.

*Samuel J. Foley, District Attorney* (*George Tilzer* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting, LEHMAN, Ch. J., LOUGHRAN and RIPPEY, JJ., on the ground that the evidence is not sufficient to establish guilt beyond a reasonable doubt.